Rowland A. **WHEELER**, Plaintiff—Appellant,

v.

Richard **CONWAY**, Commonwealth Attorney, Defendant—Appellee.

No. 07–7035.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 15, 2007.

Decided: Nov. 26, 2007.

Rowland A. Wheeler, Appellant Pro Se.

Before WILLIAMS, Chief Judge, and MOTZ and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rowland A. Wheeler appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wheeler v. Conway,* No. 2:07–cv–00286 (E.D. Va. filed July 2, 2007 & entered July 5, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

---

not properly before this court. *See Muth v. United States,* 1 F.3d 246, 250 (4th Cir.1993).

fore the court and argument would not aid the decisional process.

*AFFIRMED.*